UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kathleen LaForge

    v.                                              Civil No. 14-cv-413-PB

Comcast, et al.


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 3, 2014. Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

                                                  /s/ Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

Date: November 18, 2014

cc: Kathleen LaForge, Pro se